```
 1  SCOTT N. SCHOOLS  (SCSBN 9990)
    United States Attorney
 2  JAY R. WEILL  (CSBN 75434)
    Assistant United States Attorney
 3  THOMAS MOORE  (ASBN 4305-T78O)
    Assistant United States Attorney
 4    10th Floor Federal Building
      450 Golden Gate Avenue, Box 36055
 5    San Francisco, California 94102
      Telephone: (415) 436-6935
 6  Attorneys for United States of America
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) Case No. C-07-1050 TEH |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE STATUS CONFERENCE AND [proposed] ORDER |
| ANTONIO B. SECAPURE, et al., | ) |
| Defendants. | ) |

It is hereby stipulated by and between plaintiff United States of America and defendants Anthony M. Secapure III, Antonio B. Secapure Jr., Elsa M. Secapure, State of California Board of Equalization, and Everhome Mortgage Company, through their respective counsel, that the status conference set for June 4, 2007, be continued to 1:30 p.m. on June 18, 2007. This continuance will allow the parties additional time to conclude efforts to stipulate to lien priorities to minimize litigation costs and conserve the resources of the Court.

| | |
|---|---|
| JERRY BROWN | SCOTT N. SCHOOLS |
| Attorney General State of California | United States Attorney |
| /s/ David Lew | /s/ Thomas Moore |
| DAVID LEW | THOMAS MOORE |
| Attorney for Defendant | Assistant United States Attorney |
| Board of Equalization | Attorneys for Plaintiff |
| /s/ Charles E. Smith, Jr. | /s/ Robin Prema Wright |
| CHARLES E. SMITH, JR. | ROBIN PREMA WRIGHT |
| Attorney for Defendants | WRIGHT, FINLAY & ZAK, LLP |
| Antonio B. Secapure, Jr. | Attorneys for Defendant |
| Elsa M. Secapure | EVERHOME MORTGAGE COMPANY |
| Anthony M. Secapure, III | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/24/07

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

ANTONIO B SECAPURE et al,

        Defendant.
                                   /

Case Number: CV07-01050 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles E. Smith
Attorney at Law
Post Office Box 24074
Oakland, CA 94623-1074

Dated: May 29, 2007

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk