| | |
|---|---|
| 1 | SCOTT N. SCHOOLS  (SCSBN 9990) |
|   | United States Attorney |
| 2 | THOMAS MOORE  (ASBN 4305-O78T) |
|   | Assistant United States Attorney |
| 3 | 10th Floor Federal Building |
|   | 450 Golden Gate Avenue, Box 36055 |
| 4 | San Francisco, California 94102 |
|   | Telephone:  (415) 436-6935 |
| 5 | Attorneys for United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. C-07-1050 TEH |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | STATUS CONFERENCE AND |
| | ) | [~~proposed~~] ORDER |
| ANTONIO B. SECAPURE, et al. , | ) | |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated by and between plaintiff United States of America and defendants Anthony M. Secapure III, Antonio B. Secapure Jr., Elsa M. Secapure, State of California Board of Equalization, and Everhome Mortgage Company, through their respective counsel, that the status conference set for August 27, 2007, be continued to 1:30 p.m. on November 5, 2007.  This continuance will allow the parties additional time to conduct the September 5, 2007, Early Neutral Evaluation scheduled for that day.

| | |
|---|---|
| JERRY BROWN | SCOTT N. SCHOOLS |
| Attorney General State of California | United States Attorney |
| | |
| /s/ David Lew | /s/ Thomas Moore |
| DAVID LEW | THOMAS MOORE |
| Attorney for Defendant | Assistant United States Attorney |
| Board of Equalization | Attorneys for Plaintiff |
| | |
| /s/ Charles E. Smith, JR. | /s/ Robin Prema Wright |
| CHARLES E. SMITH, JR. | ROBIN PREMA WRIGHT |
| Attorney for Defendants | WRIGHT, FINLAY & ZAK, LLP |
| Antonio B. Secapure, Jr. | Attorneys for Defendant |
| Elsa M. Secapure | EVERHOME MORTGAGE COMPANY |
| Anthony M. Secapure, III | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 08/27/07

_____
UNITED STATES DISTRICT JUDGE
Judge Thelton E. Henderson