SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
   10th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6935

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. C-07-1050-TEH |
| **Plaintiff,** | |
| v. | **STIPULATION IN LIEU OF FURTHER APPEARANCE BY DEFENDANT, EVERHOME MORTGAGE COMPANY** |
| **ANTONIO B. SECAPURE, et al.** | |
| **Defendants.** | |

     NOW COMES Plaintiff UNITED STATES OF AMERICA and Defendant EverHome Mortgage Company ("EverHome"), holder of a Note and Deed of Trust on the subject real property currently in the name of Anthony M. Secapure, hereby stipulate as follows:

     1.    Defendant EverHome is the current beneficiary under a certain Deed of Trust executed on or about July 23, 1992 and recorded July 29, 1992 as Document Number 92 189451 of the Contra Costa County Recorder, under which the trustors are Antonio B. Secapure and Elsa M. Secapure, husband and wife, as joint tenants ("Antonio and Elsa") and the original beneficiary is EurekaBank, a Federal Savings Bank ("EurekaBank").

     2.    The Deed of Trust encumbers real property commonly known as 208 Starling Way, Hercules, California, which real property is the subject of this action; and which property is more particularly described in paragraph 16 of the complaint filed in this matter.

3. The EverHome Deed of Trust described in paragraph 1 above was originally given to EurekaBank by Antonio and Elsa to secure indebtedness in the original principal amount of One Hundred Fifty Seven Thousand and Five Hundred Dollars ($157,500.00). As of June 15, 2007, the current balance on EverHome's loan is $6,078.21.

4. The EverHome Deed of Trust is a valid and subsisting senior lien against the above referenced real property.

5. The plaintiff has petitioned this court to reduce to judgment the outstanding federal income tax liabilities assessed against defendants Antonio B. Secapure and Elsa M. Secapure and to foreclose its tax liens against the subject real property.

6. The parties hereby stipulate that EverHome need not answer, further plead or further participate in this matter; that EverHome's lien on the subject property shall be preserved as a lien senior to the Plaintiff's federal income tax lien in any order or judgment had, or to be entered in this lawsuit; and further stipulates that no costs or attorney fees will be sought or assessed against EverHome.

7. The parties hereby stipulate that EverHome need not answer, further plead or further participate in this matter.

8. Should the property be transferred or sold pursuant to any order of this court, the proceeds of the sale shall be applied first to the costs of sale due to the United States Marshall under 28 USC § 1921, then to EverHome to the extent required to satisfy the balance due on its loan secured the EverHome Deed of Trust; any remaining funds will be disbursed by subsequent order of the court.

9. Nothing in this stipulation shall be deemed a waiver by EverHome, of any of its rights under its Deed of Trust, including but not limited to, its right to accelerate the payment of all sums secured if the property is sold or transferred.

| EVERHOME MORTGAGE COMPANY | SCOTT N. SCHOOLS<br>United States Attorney |
|---|---|
| /s/Robin Prema Wright<br>ROBIN PREMA WRIGHT<br>WRIGHT FINLAY & ZAK LLP<br>Attorney for Defendant<br>EVERHOME MORTGAGE COMPANY | /s/ Thomas Moore<br>THOMAS MOORE<br>Assistant United States Attorney<br>Attorney for Plaintiff |

IT IS SO ORDERED.

Dated: This __26th__ day of __September__, 2007.



United States District Judge

Judge Thelton E. Henderson