1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  RANDALL P. BORCHERDING
   Supervising Deputy Attorney General
3  DAVID LEW
   Deputy Attorney General
4  State Bar No. 77186
     1515 Clay Street, Suite 2000
5    Oakland, CA 94612-1413
     Telephone: (510) 622-2225
6    Facsimile: (510) 622-2121
     Email: david.lew@doj.ca.gov
7
   Attorneys for Defendant State of California, Board of
8  Equalization

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO B. SECAPURE; ELSA M. SECAPURE; ANTHONY M. SECAPURE III; STATE OF CALIFONRIA, BOARD OF EQUALIZATION; and EVERHOME MORTGAGE COMPANY,<br><br>Defendants. | NO. C 07 1050 TEH |

**STIPULATION IN LIEU OF FURTHER APPEARANCE BY DEFENDANT BOARD OF EQUALIZATION WITH THE ~~PROPOSED~~ ORDER**

| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
| | Attorney General of the State of California |
| 2 | RANDALL P. BORCHERDING |
| | Supervising Deputy Attorney General |
| 3 | DAVID LEW |
| | Deputy Attorney General |
| 4 | State Bar No. 77186 |
| |   1515 Clay Street, Suite 2000 |
| 5 |   Oakland, CA 94612-1413 |
| |   Telephone: (510) 622-2225 |
| 6 |   Facsimile: (510) 622-2121 |
| |   Email: david.lew@doj.ca.gov |
| 7 | |
| | Attorneys for Defendant Board of Equalization |
| 8 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C 07 1050 TEH |
|                           Plaintiff, | **STIPULATION IN LIEU OF FURTHER APPEARANCE BY DEFENDANT BOARD OF EQUALIZATION** |
| v. | |
| ANTONIO B. SECAPURE; ELSA M. SECAPURE; ANTHONY M. SECAPURE III; STATE OF CALIFORNIA, BOARD OF EQUALIZATION; and EVERHOME MORTGAGE COMPANY, | |
|                         Defendants. | |

IT IS HEREBY STIPULATED between plaintiff United States of America and defendant State of California, Board of Equalization ("Board"), holder of state tax liens on the subject real property currently in the name of defendant Anthony M. Secapure, as follows:

       1. Defendant Board has issued assessments against defendants and taxpayers Antonio B. Secapure and Elsa M. Secapure for unpaid California sales and use tax for the tax period April 1, 1995 through May 12, 1999 as set forth below. As of February 25, 2008, there will remain a liability for unpaid state tax, interest and penalties in the amount of $20,159.85, plus additional accrued interest and penalties as provided by law. (A Certificate of Delinquency prepared by the Board is attached as Exhibit A.)

2. Defendant Board has been named as a defendant in this action because it hold a state tax lien (Contra Costa County lien no. BE-1193993) on real property owned by defendants Antonio B. Secapure and Elsa M. Secapure, which plaintiff United States of America is seeking to foreclose upon and sell in order to satisfy unpaid federal tax liabilities. Specifically, as a consequence of the Secapures' unpaid state tax debt, Defendant Board has filed with the Contra Costa County Recorder, State of California, a notice of state tax lien recorded on May 5, 2004, as set forth below, on the Secapures' residence located at 208 Starling Way in Hercules, California.

| Periods | Date of Assessment | Lien Amount | Balance as of 02/25/08 | Recording Dates Contra Costa County |
|---|---|---|---|---|
| 04/08/93-03/31/85 | 06/26/2000 | $20,876.35 | $ 0 | 12/11/2000 |
| 04/01/95-06/30/98 07/01/98-05/12/99 | 01/31/2001 05/10/2003 | $34,578.26 | $17,746.48 | 05/05/2004 |
| 04/01/95-06/30/98 07/01/98-05/12/99 | 01/31/2001 05/10/2003 | $19,280.13 | $ 2,413.37 | 05/05/2004 |

3. PARAGRAPH THREE OMITTED PER STIPULATION

4. Plaintiff United States of America has brought suit in this Court to reduce to judgment the outstanding federal income tax liabilities against defendants Antonio B. Secapure and Elsa M. Secapure and to foreclose its tax liens against the subject real property.

5. Plaintiff United States of America and defendant Board hereby stipulate that the Board's state tax lien on the subject property pertaining to unpaid state tax assessments shall be preserved as senior to Plaintiff's federal tax liens on the subject property pertaining to unpaid federal tax assessments, except that the federal tax lien(s) pertaining to federal tax assessments for the 1996 year shall be senior to the Board's state tax lien on the subject property in any order or judgment had, or to be entered in this lawsuit.

6. Plaintiff United States of America and defendant Board hereby stipulate that the Board

need not answer, further plead or further participate in this matter.

7. Should the subject property be transferred or sold pursuant to any order of this Court, the proceeds of the sale shall be applied to satisfy the federal tax assessments and the state tax assessments in the manner set forth in the stipulation between the parties.

| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of State of California | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| */s/ David Lew*<br>DAVID LEW<br>Deputy Attorney General<br>Attorneys for Defendant Board of Equalization | THOMAS MOORE<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                              UNITED STATES DISTRICT JUDGE

1 | need not answer, further plead or further participate in this matter.

2 |     7. Should the subject property be transferred or sold pursuant to any order of this Court,
3 | the proceeds of the sale shall be applied to satisfy the federal tax assessments and the state tax
4 | assessments in the manner set forth in the stipulation between the parties.

6 | EDMUND G. BROWN JR.                   JOSEPH P. RUSSONIELLO
    Attorney General of State of California      United States Attorney

9 | DAVID LEW                                      THOMAS MOORE
    Deputy Attorney General                    Assistant United States Attorney
10 | Attorneys for Defendant Board of Equalization    Attorneys for Plaintiff

12 |                 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14 | Dated:   02/08/08

                               UNITED STATES DISTRICT JUDGE

                               Judge Thelton E. Henderson

Stipulation in Lieu of Further Appearance by Defendant Board of Equalization - NO. C 07 1050 TEH

3

# EXHIBIT A

BOE-199 REV. 10 (6-00)  
STATE OF CALIFORNIA  
BOARD OF EQUALIZATION

# CERTIFICATE OF DELINQUENCY

Under Section 6714 of the  
Sales and Use Tax Law

Account No.: TK MT 044-036081

State of California )  
                           ) ss.  
County of Sacramento )

The State Board of Equalization does hereby certify:

That the person named below is delinquent in the payment of amounts of tax, interest, and penalties imposed upon this person under the provisions of the California Sales and Use Tax Law and, where applicable, Uniform Local Sales and Use Tax Ordinances, and Transit District Transactions (Sales) and Use Tax Ordinances.

That the name of this person, last known address, and amounts of tax, interest, and penalties with reference to which this person is now delinquent are as follows:

Name of Person:     ANTHONY B. SECAPURE JR. AND ELSA M. SECAPURE  
                         208 STARLING WAY  
                         HERCULES, CA 94547

Period for which  
tax liability accrued:    April 1, 1995, to and including May 12, 1999.

| Amounts now due and delinquent: | | | |
|---|---|---|---|
| | Tax | $ | 5,768.91 |
| | Penalties | $ | 2,932.60 |
| | Interest | $ | 11,458.34 |
| | Total | $ | 20,159.85 |

That additional interest on the above amount of tax will accrue after February 25, 2008 at the modified adjusted rate established under the Revenue and Taxation Code.

That the above person is indebted to the State of California in the total amount indicated above; that no part of this indebtedness has been paid and that the entire amount is due, owing and unpaid from this person to the State of California; that the State Board of Equalization has fully complied with all provisions of said Law relating to the computation and levy of the amounts of tax, interest and penalties shown above.

**IN WITNESS WHEREOF**, the State Board of Equalization has requested this Certificate to be executed in its name and on its behalf and its seal to be affixed here by its duly authorized representative.

STATE BOARD OF EQUALIZATION

Dated: January 28, 2008

By _[signature]_  
R. Cornell, *Authorized Representative*

(SEAL)