IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO B. SECAPURE,<br><br>Defendants. | NO. C 07-1050 TEH<br><br>ORDER CONTINUING HEARING AND TO SHOW CAUSE |

On January 7, 2008, the United States moved for summary judgment in this matter. The Defendants did not receive notice of the motion, or timely oppose it, because Defendants' counsel did not register for the Court's Electronic Filing System, as required by Paragraph 4 of this Court's Standing Order, filed February 23, 2008 in this case, and General Order 45.

Hearing on the United States' Motion for Summary Judgment is hereby CONTINUED to Monday, March 24, 2008, at 10:00 a.m. Defendants' opposition to the motion shall be filed electronically, in conformance with General Order 45, on or before February 25, 2008. Failure to file an opposition by that date shall be deemed consent to the entry of summary judgment and sale of the subject real property, as requested in the United States' motion for summary judgment. Any response by the United States shall be filed no later than Monday, March 3, 2008.

Further, Defendants' counsel Charles E. Smith is hereby ORDERED TO SHOW CAUSE why he should not be sanctioned for failure to comply with this Court's Standing Order and General Order 45 on Monday, March 24, 2008 at 10:00 a.m. Any submission to the Court in response to the Order to Show Cause should be filed no later than Monday, March 17, 2008.

**IT IS SO ORDERED.**

Dated: 2/25/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT